NOT FOR PUBLICATION

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-13126
Non-Argument Calendar
_____

JUNIOR D. SIMON,

*Plaintiff-Appellant,*

UKROO CORPORATION,

*Plaintiff,*

*versus*

NISSIM KORKUS,
FLORIDA BLUE ISLANDS INVESTMENT LLC,
SHELDON BUCKLAND,
CARLOS G. COSTA,
GABRIEL GUSMRO, et al.,

*Defendants-Appellees.*

2                    Opinion of the Court                    25-13126

—————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:24-cv-61045-MD

—————————————

Before JILL PRYOR, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The statutory time limit required Junior Simon, a state prisoner proceeding pro se, to file a notice of appeal from the district court's November 8, 2024 dismissal order on or before May 7, 2025. *See* Fed. R. Civ. P. 58(a); 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), (a)(7)(A). Simon's notice of appeal, however, was not deemed filed, under the prison mailbox rule, until September 4, 2025. *See* Fed. R. App. P. 4(c)(1). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

All pending motions are DENIED as moot.